FILED
May 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002616092

Joseph M. Canning (SBN 250900)
Law Offices of
HILLMAN, LUCAS & JONES
A Professional Corporation
One Harbor Center, Suite 220
Suisun, CA 94585
(707) 427-7377
FAX (707) 427-7370
E-mail: JCanning@HLJLaw.com

Attorneys for Debtors
David F. Porter and Jean A. Massa

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

DAVID F. PORTER and JEAN A. MASSA

Debtor(s).

Case No. 2010-31384
DC No. JMC-1

**MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE 11 USC 554**

Date: June 1, 2010
Time: 9:30 a.m.
Judge: Christopher M. Klein
Dept: 35

Debtor(s) move the Court as follows:

1. Debtors scheduled certain business assets in this case in Schedule B, including business equipment. Schedule is provided as Exhibit A.

2. All business assets were claimed exempt in Schedule C, or were over encumbered by secured debt listed on Schedule D. Schedule C is provided as Exhibit B.

3. Jean A. Massa is a self-employed graphic designer and is the owner of JAMdesigns. She is licensed by the City of Vacaville to operate her business. The business license is attached hereto as Exhibit C.

4. Debtors believes that all scheduled business assets and operations are of no consequence or burdensome to the estate.

5. Debtors request the Court to compel the Trustee to abandon all scheduled business assets and operation from the estate.

WHEREFORE, Debtor pray:

1. For an order compelling the Chapter 7 Trustee to abandon said property from the bankruptcy estate; and

2. For other relief the Court deems just and proper.

Dated: May 6, 2010

/s/ Joseph M. Canning
Joseph M. Canning, Attorney for David F. Porter and Jean A. Massa